And then, on the other side, there's the old staff of the of the regional courts. She was quite a simulated defendants. Um, and, uh, it happens I guess, which is very unusual, I find, in the history of the court, in the history of Congress. There's C.J. Thurman, who I was, I was in as a private, as, uh, as you pointed out. Um, there is the assumption that this, this staff has issues, where service children, um, are, um, just being as a child, as a child, I found, a very interesting assumption, a very interesting assumption, that, that, that, that, that, that your, that your, that your, that your, that your, that your, that your, your, that your your, that your  fantasy is one thing, which one dimension, which one dimension, which one dimension, which one dimension, what's that all, what's that all, what's that all, and what's this, jump that jump, but I really want but I really want um... ah... so... um... uh... uh... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um... um...
judges: Sack, McKeown, Friedland